

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00709-CV

**IN THE INTEREST OF A.A.M., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02894
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's brief was due on November 27, 2017. Neither the brief nor a motion for extension of time has been filed. Furthermore, on November 13, 2017, this court ordered appellant to file the docketing statement for this appeal by November 27, 2017. Neither the docketing statement nor a motion for extension of time has been filed.

We **order** Manuel Rodriguez, appellant's court-appointed appellate attorney, to file appellant's brief and the docketing statement by **December 14, 2017**. Appellant is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief and the docketing statement are not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court